MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

J. MARK KANG (NYBN 4033999)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7050
    Facsimile: (415) 436-7234
    E-Mail: Mark.Kang@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br>     v. <br> ALFREDO PEREZ, <br>   a/k/a Alfredo Perez Garin, <br>   a/k/a Antonio Garin Ramirez, <br>   a/k/a Alfredo Perez Barin, <br>     Defendant. | No. CR 12-0692 RS <br><br> **STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161** |

On October 16, 2012, the parties in this case appeared before the Court. At that time, the Court set the matter to October 30, 2012. The parties have agreed to exclude the period of time between October 16, 2012 and October 30, 2012 from any time limits applicable under 18 U.S.C. § 3161. The parties represented that granting the exclusion would allow the reasonable time necessary for effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by granting such an exclusion of time outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

STIPULATION & [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER EXCLUDING TIME
CR 12-0692 RS

At the hearing, the Court made findings consistent with this agreement.  SO STIPULATED:

                                        MELINDA HAAG
                                        United States Attorney

DATED: October 30, 2012                  _____/s/_____
                                        J. MARK KANG
                                        Special Assistant United States Attorney

DATED:  October 30, 2012                _____/s/_____
                                        EDWARD HU
                                        Attorney for ALFREDO PEREZ

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 12-0692 RS

[~~PROPOSED~~] ORDER

For the reasons stated above and at the October 16, 2012 hearing, the Court finds that the exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from October 16, 2012 and October 30, 2012 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A). Denying the requested exclusion of time would deprive the parties of the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: 10/30/12

_____
THE HONORABLE RICHARD SEEBORG
United States District Judge